**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF KENTUCKY

Case number *(if known)* _____    Chapter __11__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Old World Timber, LLC** |

| | | |
|---|---|---|
| 2. | All other names debtor used in the last 8 years | **FDBA  Reclaimed American Hardwood** |
| | Include any assumed names, trade names and *doing business as* names | **DBA  U S Biochar** |

| | | |
|---|---|---|
| 3. | Debtor's federal Employer Identification Number (EIN) | **46-2510371** |

| | | |
|---|---|---|
| 4. | Debtor's address | **Principal place of business** |

**1195 Versailles Road**
**Lexington, KY 40508**
Number, Street, City, State & ZIP Code

**Fayette**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | |

| | |
|---|---|
| 6. | Type of debtor |

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | **Old World Timber, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__3219__

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | District | | When | | Case number | |

Debtor    **Old World Timber, LLC**                                          Case number (*if known*) _____

Name

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | _____ | Relationship | _____ |
| District | _____ When _____ | Case number, if known | _____ |

**11.** **Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

Contact name _____

Phone _____

---

■ **Statistical and administrative information**

**13.** **Debtor's estimation of available funds**  .

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15.** **Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☑ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16.** **Estimated liabilities**

☐ $0 - $50,000

☑ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

---

Debtor    **Old World Timber, LLC**                                                Case number (*if known*) _____
Name

☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million       ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million     ☐ More than $50 billion

Debtor    **Old World Timber, LLC**
_____  Case number (*if known*) _____
Name

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | |
|---|---|
| **17. Declaration and signature of authorized representative of debtor** | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **October 19, 2021**
_____
MM / DD / YYYY

**X** **/s/ Nathan S. Brown**
_____    **Nathan S. Brown**
Signature of authorized representative of debtor    _____
Printed name

Title    **CEO**
_____

---

**18. Signature of attorney**    **X** **/s/ Charity S. Bird**
_____    Date   **October 19, 2021**
Signature of attorney for debtor    _____
MM / DD / YYYY

**Charity S. Bird**
_____
Printed name

**Kaplan Johnson Abate & Bird LLP**
_____
Firm name

**710 West Main Street**
**Fourth Floor**
**Louisville, KY 40202**
_____
Number, Street, City, State & ZIP Code

Contact phone    **(502) 540-8285**    Email address    **cbird@kaplanjohnsonlaw.com**

**92622 KY**
_____
Bar number and State

---

# RESOLUTION OF THE MANAGERS
## of
## OLD WORLD TIMBER, LLC

### October 18, 2021

The undersigned, being all of the managers of Old World Timber, LLC (the "Company"), hereby adopt the following recitals and resolutions pursuant to the Amended and Restated Operating Agreement of the Company (the "Company Agreement"). Capitalized terms not otherwise defined herein have the meaning set forth in the Company Agreement.

**WHEREAS,** the Managers have determined that the Company does not have sufficient assets on hand to meet its financial obligations as they come due; and

**WHEREAS,** the Managers has determined that it is necessary and in the best interests of the Company and its creditors, and in furtherance of the Company's purposes, for the Company to seek the protection of title 11 of the United States Code (the "Bankruptcy Code") by filing a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

**WHEREAS,** the Managers, in their respective capacities as Members of the Company, hereby ratify this Resolution in lieu of holding a meeting.

**NOW, THEREFORE, BE IT RESOLVED** that Nathan Brown, as a Manager of the Company, is authorized and directed to execute and deliver all documents necessary to commence the Company's voluntary chapter 11 bankruptcy case to be filed in the United States Bankruptcy Court for the Eastern District of Kentucky.

**FURTHER RESOLVED** that Nathan Brown, as Manager of the Company, is authorized and directed to appear on behalf of the Company in all bankruptcy proceedings, and to perform all acts and deeds and execute and deliver all necessary instruments on behalf of the Company in connection with its bankruptcy case, provided, however, that Mr. Brown may delegate such responsibilities to be executed by another Manager in his discretion; and

**FURTHER RESOLVED** that the Company is authorized and directed to employ the law firm of Kaplan Johnson Abate & Bird LLP to represent the Company in its bankruptcy case.

## Counterparts; Electronic Mail Transmission

This Resolution may be executed in counterparts, each of which shall constitute an original, and all of which shall constitute one and the same Resolution. This Resolution may also be executed by electronic mail transmission.

*[Signature Page Follows]*

**IN WITNESS WHEREOF,** the Managers of the Company have executed this Resolution on the date first written above.

_____

Nathan Brown, Member and Manager

_____

Fred Doster, Member and Manager

**Fill in this information to identify the case:**

Debtor name    **Old World Timber, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF KENTUCKY

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■ *Schedule H: Codebtors* (Official Form 206H)

■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule*

■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **October 19, 2021**        X */s/ Nathan S. Brown*
                                            Signature of individual signing on behalf of debtor

                                            **Nathan S. Brown**
                                            Printed name

                                            **CEO**
                                            Position or relationship to debtor

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Old World Timber, LLC |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF KENTUCKY** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Advance Lexington PO Box 1050 Lexington, KY | | temporary staff | | | | $5,144.38 |
| BB&T BB&T Item Processing Center PO Box 580050 Charlotte, NC | | | | | | $6,242.22 |
| BPM Lumber, LLC 1256 Manchester Street Lexington, KY 40504 | | Supplier | | | | $5,449.80 |
| Central Kentucky Hauling 604 Bizzell Dr Ste 250 Lexington, KY | | waste disposal | | | | $3,237.79 |
| Emo Trans Inc 377 Oak St Ste 202 Garden City, NY | | freight | | | | $5,988.00 |
| FoShan BoRen Trading Co. Ltd. No. 88, Tianhe District Guangzhou, Guangdong, China | | Alleged counterfeit N95 mask inventory | Disputed | | | $776,980.03 |
| Journey Pallets, LLC 103 Steelman Ave Highland Heights, KY | | pallets | | | | $4,603.75 |
| Kartash Inc. 77 Sands Street Brooklyn, NY 11201 | | | | | | $4,475.00 |
| Lakeside Woodworks (ky) 214 Lakeside Drive Georgetown, KY | | Supplier | | | | $46,115.00 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor  **Old World Timber, LLC**                                      Case number *(if known)*
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Longship**<br>**PO Box 2220**<br>**Lexington, KY 40588** | | | | | | **$4,000.00** |
| **Nathan Brown**<br>**368 Merino Street**<br>**Lexington, KY 40508** | | **Shareholder loan balance and accrued interest payments on same** | | | | **$218,974.79** |
| **Olde Globe Wood Company LLC**<br>**261 School Ave**<br>**Suite 240**<br>**Excelsior, MN** | | **supplier** | | | | **$18,000.00** |
| **SM Storage, LLC**<br>**Alvin Haynes**<br>**1229 Versailles Rd**<br>**Lexington, KY** | | **rent for storage space** | | | | **$7,580.00** |
| **South Central Bank**<br>**2000 Warrington Way**<br>**#200**<br>**Louisville, KY 40222** | | **PPP loan** | | | | **$14,066.57** |
| **Triple B Enterprises**<br>**6206 Ganges Five Points Rd**<br>**Shiloh, OH** | | **supplier** | | | | **$9,972.50** |
| **Truist Bank, Inc.**<br>**214 North Tryon Street**<br>**Charlotte, NC 28202** | | **Goods, software and equipment financed by secured party - collectively "CEC Financed Goods"** | | **$10,732.25** | **$0.00** | **$10,732.25** |
| **Truist Bank, Inc.**<br>**214 North Tryon Street**<br>**Charlotte, NC 28202** | | **All inventory, equipment and accounts** | | **$174,103.25** | **$0.00** | **$174,103.25** |
| **U.S. Small Business Administration**<br>**2 International Plaza**<br>**Suite 500**<br>**Nashville, TN 37217** | | **All tangible and intangible personal property** | | **$499,900.00** | **$0.00** | **$499,900.00** |
| **WesBanco Bank, Inc.**<br>**400 E. Vine Street**<br>**Lexington, KY 40507** | | **2019 Ford F450** | | **$40,174.64** | **$0.00** | **$40,174.64** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

Debtor  **Old World Timber, LLC**

Case number *(if known)*

Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **WesBanco Bank, Inc.** **400 E. Vine Street** **Lexington, KY 40507** | | **Purchase Money Security Interest in equipment - 2016 Viking End Matcher & Defecting Down Cut Saw Model # EM355XL, Serial # 25988.00** | | **$28,063.03** | **$0.00** | **$28,063.03** |

Official form 204         Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims        page 3

**Fill in this information to identify the case:**

Debtor name    **Old World Timber, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF KENTUCKY

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                12/15

| Part 1: | Summary of Assets |
|---|---|

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................................... $     0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.................................................................................................. $     1,938,717.85

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................................................... $     1,938,717.85

| Part 2: | Summary of Liabilities |
|---|---|

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................... $     752,973.17

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................... $     0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................ +$     1,148,428.37

4.  **Total liabilities** ........................................................................................................
   Lines 2 + 3a + 3b    $     1,901,401.54

| Fill in this information to identify the case: |
| --- |
| Debtor name **Old World Timber, LLC** |
| United States Bankruptcy Court for the: EASTERN DISTRICT OF KENTUCKY |
| Case number (if known) _____ |

☐ Check if this is an
amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**       **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **BB&T / Truist** | **Deposit Account** | **8040** | $28,961.80 |
| 3.2. | **BB&T / Truist** | **Payroll Account** | **2702** | $5,668.39 |
| 3.3. | **BB&T / Truist** | **Materials Account** | **2966** | $5,971.09 |
| 3.4. | **BB&T / Truist** | **Bill Pay Account** | **2974** | $20,352.70 |
| 3.5. | **South Central Bank** | **Bill Pay Account** | **5375** | $637.00 |
| 3.6. | **Chase Bank** | **Deposit Account** | **8161** | $12,288.33 |
| 3.7. | **Chase Bank** | **Bill Pay Account** | **9328** | $1,761.15 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Old World Timber, LLC** | | Case number *(If known)* | |
|---|---|---|---|---|
| | Name | | | |

| 3.8. | **Chase Bank** | **Zero Balance Account** | **7086** | **$0.00** |
|---|---|---|---|---|
| 3.9. | **Wesbanco** | **Deposit Account** | **2848** | **$99,687.32** |
| 3.10. | **Wesbanco** | **Bill Pay Account** | **1093** | **$30,314.04** |

4.  **Other cash equivalents** *(Identify all)*

5.  **Total of Part 1.**
    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.
    
    **$205,641.82**

**Part 2:    Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

   ■ No.  Go to Part 3.
   ☐ Yes Fill in the information below.

**Part 3:    Accounts receivable**

10. **Does the debtor have any accounts receivable?**

    ☐ No.  Go to Part 4.
    ■ Yes Fill in the information below.

11. **Accounts receivable**

    | 11a. 90 days old or less: | 56,228.81 | - | 0.00 | = .... | **$56,228.81** |
    |---|---|---|---|---|---|
    | | face amount | | doubtful or uncollectible accounts | | |
    | 11b. Over 90 days old: | 168,842.35 | - | 0.00 | =.... | **$168,842.35** |
    | | face amount | | doubtful or uncollectible accounts | | |

12. **Total of Part 3.**
    Current value on lines 11a + 11b = line 12.  Copy the total to line 82.
    
    **$225,071.16**

**Part 4:    Investments**

13. **Does the debtor own any investments?**

    ■ No.  Go to Part 5.
    ☐ Yes Fill in the information below.

**Part 5:    Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☐ No.  Go to Part 6.
    ■ Yes Fill in the information below.

Schedule A/B Assets - Real and Personal Property

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

Debtor   **Old World Timber, LLC**                                        Case number *(If known)* _____
_____
Name

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** **Barnwood** | | $0.00 | | $597,299.67 |
| 20. **Work in progress** **Various work in product orders** | | $0.00 | | $72,120.00 |
| 21. **Finished goods, including goods held for resale** **Barndoors, flooring, beams, wallboard, custom projects** | | $0.00 | | $169,840.20 |

22.   **Other inventory or supplies**

23.   **Total of Part 5.**                                                        | $839,259.87 |

Add lines 19 through 22.  Copy the total to line 84.

24.   **Is any of the property listed in Part 5 perishable?**
      ■ No
      ☐ Yes

25.   **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
      ■ No
      ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.   **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

      ■ No.  Go to Part 7.
      ☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

      ■ No.  Go to Part 8.
      ☐ Yes Fill in the information below.

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

      ☐ No.  Go to Part 9.
      ■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor   **Old World Timber, LLC**                              Case number *(If known)* _____
         ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
         Name

47.   **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

48.   **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
      floating homes, personal watercraft, and fishing vessels

49.   **Aircraft and accessories**

50.   **Other machinery, fixtures, and equipment (excluding farm**
      **machinery and equipment)**
      **All machinery and equipment (see detailed**
      **depreciation scheduled - attached)**                    $0.00                        $668,745.00

51.   **Total of Part 8.**                                                          | $668,745.00 |
      Add lines 47 through 50.  Copy the total to line 87.

52.   **Is a depreciation schedule available for any of the property listed in Part 8?**
      ■ No
      ☐ Yes

53.   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

**Part 9:    Real property**

**54. Does the debtor own or lease any real property?**

   ☐ No.  Go to Part 10.
   ■ Yes Fill in the information below.

55.   **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.   **1195 Versailles Road Lexington, KY 40508** | **Leasehold** | **$0.00** | | **Unknown** |

56.   **Total of Part 9.**                                                          | $0.00 |
      Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
      Copy the total to line 88.

57.   **Is a depreciation schedule available for any of the property listed in Part 9?**
      ■ No
      ☐ Yes

58.   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

**Part 10:    Intangibles and intellectual property**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Old World Timber, LLC** | Case number *(If known)* |
|---|---|---|
| | Name | |

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.**  **Patents, copyrights, trademarks, and trade secrets** | | | |
| **61.**  **Internet domain names and websites** www.oldworldtimber.com | **$0.00** | | **$0.00** |
| **62.**  **Licenses, franchises, and royalties** | | | |
| **63.**  **Customer lists, mailing lists, or other compilations** Customer list and mailing list | **$0.00** | | **$0.00** |
| **64.**  **Other intangibles, or intellectual property** | | | |
| **65.**  **Goodwill** | | | |

**66.   Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.

| | **$0.00** |
|---|---|

**67.   Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
☒ No
☐ Yes

**68.   Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☒ No
☐ Yes

**69.   Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☒ No.  Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **Old World Timber, LLC**                                    Case number *(If known)* _____
          <sub>Name</sub>

---

**Part 12:**    **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $205,641.82 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $225,071.16 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $839,259.87 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $668,745.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,938,717.85 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,938,717.85 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

OLD WORLD TIMBER, LLC
Depreciation Schedules

| | |
|---|---:|
| Fixed Assets through 2020 | 547,548 |
| Less Leaseholds | (74,189) |
| Plus 2021 Equipment Purchases | 195,386 |
| | 668,745 |

**12/31/20**    **2020 FEDERAL SUMMARY DEPRECIATION SCHEDULE**    **PAGE 1**

CLIENT 10371                    **OLD WORLD TIMBER LLC**                    46-2510371

10/19/21                                                                                                    09:04AM

| NO. | DESCRIPTION | DATE ACQUIRED | DATE SOLD | COST/ BASIS | BUS. PCT. | CUR 179/ SDA | PRIOR 179/ SDA/ DEPR. | METHOD | LIFE | CURRENT DEPR. |
|---|---|---|---|---|---|---|---|---|---|---|
| **FORM 1120S** | | | | | | | | | | |
| | **AMORTIZATION** | | | | | | | | | |
| 17 | LOAN CLOSING FEES | 10/26/15 | | 1,336 | | | 1,113 | S/L | 5 | 223 |
| | TOTAL AMORTIZATION | | | 1,336 | | 0 | 1,113 | | | 223 |
| | **AUTO / TRANSPORT EQUIPMENT** | | | | | | | | | |
| 1 | TRUCK | 1/01/14 | | 10,000 | | | 10,000 | 200DB HY | 5 | 0 |
| 33 | GATORMADE TRAILER | 9/07/16 | | 8,690 | | | 8,690 | 200DB HY | 7 | 0 |
| 53 | FLAT BED VEHICLE | 7/12/17 | | 4,500 | | | 4,041 | 200DB HY | 5 | 108 |
| 87 | YALE GAS FORKLIFT | 5/01/19 | | 9,500 | | | 1,696 | 200DB MQ | 7 | 2,230 |
| 88 | CROWN ELECTRIC PALLET RDR | 5/01/19 | | 2,700 | | | 482 | 200DB MQ | 7 | 634 |
| 89 | CROWN ELECTRIC PALLET RDR | 5/01/19 | | 2,700 | | | 482 | 200DB MQ | 7 | 634 |
| 90 | 1984 GMC SAFARI | 2/01/19 | 5/27/20 | 818 | | | 286 | 200DB MQ | 5 | 80 |
| | TOTAL AUTO / TRANSPORT EQUI | | | 38,908 | | 0 | 25,677 | | | 3,686 |
| | **FURNITURE AND FIXTURES** | | | | | | | | | |
| 19 | STACKING PALLET RACKS | 1/13/16 | | 11,383 | | | 11,383 | 200DB HY | 7 | 0 |
| 32 | STACKING PALLET RACKS | 7/14/16 | | 7,257 | | | 7,257 | 200DB HY | 7 | 0 |
| 41 | METAL STORAGE RACKS | 10/11/16 | | 250 | | | 250 | 200DB HY | 7 | 0 |
| 55 | FURNITURE | 3/15/17 | | 1,834 | | | 1,834 | 200DB HY | 7 | 0 |
| 70 | GLOBAL IND FLAMMABLE CAB | 4/01/19 | | 846 | | | 151 | 200DB MQ | 7 | 199 |
| 71 | GLOBAL IND FLAMMABLE CAB | 4/01/19 | | 486 | | | 87 | 200DB MQ | 7 | 114 |
| | TOTAL FURNITURE AND FIXTURE | | | 22,056 | | 0 | 20,962 | | | 313 |
| | **IMPROVEMENTS** | | | | | | | | | |
| 31 | FINISHING ROOM | 2/22/16 | | 18,242 | | | 12,313 | S/L  HY | 10 | 912 |
| 42 | ELECTRICAL IMPROVEMENTS | 3/15/16 | | 20,305 | | | 13,706 | S/L  HY | 10 | 1,015 |
| 67 | BREAK ROOM RENOVATION | 6/01/18 | | 7,611 | | | 1,142 | S/L  HY | 10 | 761 |
| 68 | CUSTOM SHOP IMPROVEMENTS | 6/01/18 | | 1,600 | | | 240 | S/L  HY | 10 | 160 |
| 69 | PRODUCTION LINE LIGHTING | 6/01/18 | | 309 | | | 46 | S/L  HY | 10 | 31 |
| 72 | 1195 OFFICE/1175 BREAKRM | 10/01/19 | 1/01/20 | 11,404 | | | 95 | S/L  MQ | 15 | 0 |
| 73 | OWT HQ OFFICE EXPANSION | 3/01/19 | | 4,242 | | | 247 | S/L  MQ | 15 | 283 |
| 92 | 1175 BATHROOM PROJECT | 10/01/20 | | 10,476 | | | | S/L  HY | 15 | 175 |
| | TOTAL IMPROVEMENTS | | | 74,189 | | 0 | 27,789 | | | 3,337 |

# 12/31/20    2020 FEDERAL SUMMARY DEPRECIATION SCHEDULE    PAGE 2

**CLIENT 10371**                                **OLD WORLD TIMBER LLC**                                **46-2510371**

10/19/21                                                                                                          09:04AM

| NO. | DESCRIPTION | DATE ACQUIRED | DATE SOLD | COST/ BASIS | BUS. PCT. | CUR 179/ SDA | PRIOR 179/ SDA/ DEPR. | METHOD | LIFE | CURRENT DEPR. |
|---|---|---|---|---|---|---|---|---|---|---|
| | **MACHINERY AND EQUIPMENT** | | | | | | | | | |
| 2 | FORK LIFT | 1/01/14 | | 5,000 | | | 5,000 | 200DB HY | 7 | 0 |
| 3 | LAPTOP | 3/14/14 | | 943 | | | 943 | 200DB HY | 3 | 0 |
| 4 | MILLING EQUIPMENT | 4/16/15 | | 13,880 | | | 13,880 | 200DB HY | 7 | 0 |
| 5 | NORTHTECH JOINER | 10/27/15 | | 3,648 | | | 3,648 | 200DB HY | 7 | 0 |
| 6 | WIDE BELT SANDER | 10/26/15 | | 750 | | | 750 | 200DB HY | 5 | 0 |
| 7 | WEINIG UG-002U2 MOULDER | 10/20/15 | | 20,000 | | | 20,000 | 200DB HY | 7 | 0 |
| 8 | CANTEK GT635ARD SURFACER | 10/20/15 | | 12,000 | | | 12,000 | 200DB HY | 7 | 0 |
| 9 | GRIZZLY G0504 DUAL CONV | 10/20/15 | | 4,000 | | | 4,000 | 200DB HY | 7 | 0 |
| 10 | COSTA SP3 TR CT-1350 SAND | 10/21/15 | | 4,313 | | | 4,313 | 200DB HY | 7 | 0 |
| 11 | NORTHTECH 1284HC-732 JNR | 10/22/15 | | 3,442 | | | 3,442 | 200DB HY | 7 | 0 |
| 12 | CYCLONE TOWER DUST COLLCT | 11/05/15 | | 5,000 | | | 5,000 | 200DB HY | 7 | 0 |
| 13 | TRANSFORMERS | 12/08/15 | | 1,723 | | | 1,723 | 200DB HY | 7 | 0 |
| 14 | FESTOOL/FURNITURE TOOLING | 11/25/15 | | 1,534 | | | 1,534 | 200DB HY | 7 | 0 |
| 15 | BLOWER | 12/15/15 | | 2,950 | | | 2,950 | 200DB HY | 7 | 0 |
| 16 | WOODMIZER EXTENSION | 11/30/15 | | 1,100 | | | 1,100 | 200DB HY | 7 | 0 |
| 18 | OFFICE HEATERS (2) | 12/03/15 | | 435 | | | 435 | 200DB HY | 5 | 0 |
| 20 | FORK LIFT | 3/24/16 | | 5,700 | | | 5,700 | 200DB HY | 7 | 0 |
| 21 | METTLER TOLEDO | 3/15/16 | | 667 | | | 667 | 200DB HY | 7 | 0 |
| 22 | WOOD MIZER | 3/15/16 | | 1,344 | | | 1,344 | 200DB HY | 7 | 0 |
| 23 | RIVERSIDE TOOL CORP | 4/29/16 | | 648 | | | 648 | 200DB HY | 7 | 0 |
| 24 | BLACKLITE | 6/15/16 | | 810 | | | 810 | 200DB HY | 7 | 0 |
| 25 | FIRE EXTINGUISHERS | 3/15/16 | | 2,341 | | | 2,341 | 200DB HY | 3 | 0 |
| 26 | FIRE EXTINGUISHER | 4/29/16 | | 259 | | | 259 | 200DB HY | 3 | 0 |
| 27 | FIRE EXTINGUISHERS | 7/15/16 | | 3,575 | | | 3,575 | 200DB HY | 3 | 0 |
| 28 | SECURITY EQUIPMENT | 2/21/16 | | 1,900 | | | 1,900 | 200DB HY | 5 | 0 |
| 29 | PRODUCTION LINE | 6/01/16 | | 20,386 | | | 20,386 | 200DB HY | 7 | 0 |
| 30 | DUST COLLECTOR | 4/18/16 | | 5,055 | | | 5,055 | 200DB HY | 7 | 0 |
| 34 | TRI C WOOD PRODUCTS | 6/10/16 | | 1,375 | | | 1,375 | 200DB HY | 5 | 0 |
| 35 | RIVERSIDE TOOL CORP | 6/15/16 | | 372 | | | 372 | 200DB HY | 5 | 0 |
| 36 | 3-PHASE WIRE BRUSH EQUIPM | 6/24/16 | | 21,195 | | | 21,195 | 200DB HY | 7 | 0 |
| 37 | FAN | 6/25/16 | | 174 | | | 174 | 200DB HY | 3 | 0 |
| 38 | FORKLIFT EXTENSIONS | 9/20/16 | | 282 | | | 282 | 200DB HY | 7 | 0 |
| 39 | 4HP DUST COLLECTOR | 9/22/16 | | 1,174 | | | 1,174 | 200DB HY | 7 | 0 |
| 40 | GLOBAL INDUSTRIES | 11/14/16 | | 1,592 | | | 1,592 | 200DB HY | 7 | 0 |
| 43 | GRIZZLY G0636X BANDSAW | 12/14/16 | | 2,764 | | | 2,764 | 200DB HY | 5 | 0 |
| 44 | NYLE SYSTEMS KILN 3 | 4/12/17 | | 23,590 | | | 23,590 | 200DB HY | 7 | 0 |
| 45 | GRIZZLEY SRL | 4/25/17 | | 8,385 | | | 8,385 | 200DB HY | 5 | 0 |

# 2020 FEDERAL SUMMARY DEPRECIATION SCHEDULE

**12/31/20**     **PAGE 3**

**CLIENT 10371**     **OLD WORLD TIMBER LLC**     **46-2510371**

10/19/21     09:04AM

| NO. | DESCRIPTION | DATE ACQUIRED | DATE SOLD | COST/ BASIS | BUS. PCT. | CUR 179/ SDA | PRIOR 179/ SDA/ DEPR. | METHOD | LIFE | CURRENT DEPR. |
|---|---|---|---|---|---|---|---|---|---|---|
| 46 | NORTHSTAR AIR COMPRESSOR | 5/13/17 | | 1,900 | | | 1,900 | 200DB HY | 5 | 0 |
| 47 | STRAPPING MACHINE | 8/15/17 | | 849 | | | 849 | 200DB HY | 5 | 0 |
| 48 | DVR VOAGER 18IN DP | 10/12/17 | | 1,431 | | | 1,431 | 200DB HY | 5 | 0 |
| 49 | PRISON EQUIPMENT | 6/01/17 | | 19,674 | | | 19,674 | 200DB HY | 7 | 0 |
| 50 | CROWN FORK LIFT | 9/14/17 | | 14,500 | | | 14,500 | 200DB HY | 7 | 0 |
| 51 | FURNACE | 1/11/17 | | 2,970 | | | 2,970 | 200DB HY | 7 | 0 |
| 52 | GRIZZLEY 25' G0603X PLANR | 8/14/17 | | 9,770 | | | 9,770 | 200DB HY | 5 | 0 |
| 54 | WOODMIZER MILL 2017 | 8/15/17 | | 1,693 | | | 1,693 | 200DB HY | 7 | 0 |
| 56 | ACER LAPTOPS | 6/01/18 | | 977 | | | 760 | 200DB HY | 3 | 145 |
| 57 | AN306 AIR COMPRESSOR | 6/01/18 | | 7,040 | | | 3,661 | 200DB HY | 5 | 1,352 |
| 58 | AUBURN END MATCHER | 6/01/18 | | 12,893 | | | 6,705 | 200DB HY | 5 | 2,475 |
| 59 | DOWEL ROD MAKER @EKCC | 6/01/18 | | 2,460 | | | 1,279 | 200DB HY | 5 | 472 |
| 60 | DOWEL ROD SANDER @ EKCC | 6/01/18 | | 1,640 | | | 853 | 200DB HY | 5 | 315 |
| 61 | FESTOOL CT MIDI HEPA DUST | 6/01/18 | | 563 | | | 438 | 200DB HY | 3 | 83 |
| 62 | FESTOOL ROTEX SANDER | 6/01/18 | | 657 | | | 511 | 200DB HY | 3 | 97 |
| 63 | FIRE EXTINGUISHERS | 6/01/18 | | 1,473 | | | 1,146 | 200DB HY | 3 | 218 |
| 64 | BREAKROOM REFRIGERATOR | 6/01/18 | | 2,185 | | | 847 | 200DB HY | 7 | 382 |
| 65 | SIGMA RQ-8S CASE STRAPPER | 6/01/18 | | 3,000 | | | 1,560 | 200DB HY | 5 | 576 |
| 66 | WRIGHT 10055 FORKLIFT HOP | 6/01/18 | | 922 | | | 358 | 200DB HY | 7 | 161 |
| 74 | WOOD-MIZER EG300 TWIN BLD | 11/01/19 | | 16,145 | | | 576 | 200DB MQ | 7 | 4,448 |
| 75 | CUSTOM PALLET DISASSEMBLR | 10/01/19 | 7/16/20 | 11,950 | | | 427 | 200DB MQ | 7 | 2,058 |
| 76 | SHOP FOX 15HP DRUM SANDER | 5/01/19 | | 5,464 | | | 975 | 200DB MQ | 7 | 1,282 |
| 77 | GRIZZLY 12" TABLESAW | 5/01/19 | | 3,232 | | | 577 | 200DB MQ | 7 | 759 |
| 78 | MOLDER DUST COLLECTOR | 5/01/19 | | 2,637 | | | 471 | 200DB MQ | 7 | 619 |
| 79 | FESTOOL 574432 DOMINO JNR | 9/01/19 | | 1,102 | | | 118 | 200DB MQ | 7 | 281 |
| 80 | GRIZZLY 0.5HP POWER FEEDE | 5/01/19 | | 988 | | | 176 | 200DB MQ | 7 | 232 |
| 81 | INCLINED SCREW CONVEYOR | 6/01/19 | | 954 | | | 170 | 200DB MQ | 7 | 224 |
| 82 | SHOP FOX W1765 1/4HP FEED | 4/01/19 | | 700 | | | 125 | 200DB MQ | 7 | 164 |
| 83 | GLOBAL IND 48" DRUM FAN | 6/01/19 | | 549 | | | 98 | 200DB MQ | 7 | 129 |
| 84 | GLOBAL IND 48" DRUM FAN | 6/01/19 | | 549 | | | 98 | 200DB MQ | 7 | 129 |
| 85 | GLOBAL IND 48" DRUM FAN | 6/01/19 | | 549 | | | 98 | 200DB MQ | 7 | 129 |
| 86 | ACER LAPTOP | 12/01/19 | | 325 | | | 27 | 200DB MQ | 3 | 199 |
| 91 | KILN 2 | 4/12/16 | | 11,050 | | | 11,050 | 200DB HY | 7 | 0 |
| 93 | ULINE ROLLER CONVEYOR | 1/20/20 | | 606 | | | | S/L HY | 7 | 72 |
| 94 | PIPE CLAMPS | 1/20/20 | | 1,294 | | | | S/L HY | 7 | 154 |
| 95 | ASUS LAPTOIP-M SARAFINI | 10/01/20 | | 742 | | | | S/L HY | 3 | 62 |
| 96 | ACER LAPTOP-A SARAFINI | 12/01/20 | | 789 | | | | S/L HY | 3 | 22 |
| 97 | NAIL PULLERS | 9/01/20 | | 7,106 | | | | S/L HY | 7 | 298 |
| 98 | WOOD CRUSHER/CHIPPER | 10/01/20 | | 4,927 | | | | S/L HY | 7 | 176 |

# 12/31/20   2020 FEDERAL SUMMARY DEPRECIATION SCHEDULE   PAGE 4

**CLIENT 10371**                        **OLD WORLD TIMBER LLC**                        46-2510371

10/19/21                                                                                      09:04AM

| NO. | DESCRIPTION | DATE ACQUIRED | DATE SOLD | COST/ BASIS | BUS. PCT. | CUR 179/ SDA | PRIOR 179/ SDA/ DEPR. | METHOD | LIFE | CURRENT DEPR. |
|---|---|---|---|---|---|---|---|---|---|---|
| 99 | GRIZZLY RE-SAW G0504 (2) | 12/01/20 | | 9,624 | | | | S/L HY | 7 | 115 |
| 100 | BRIQUETTE MAKER | 10/01/20 | | 8,669 | | | | S/L HY | 7 | 206 |
| 101 | GRIZZLY INDUSTRIAL RESAW G05 | 1/01/20 | | 10,583 | | | | S/L HY | 7 | 1,260 |
| 102 | INGERSOLL RAND REFRIG AIR DRY | 1/01/20 | | 1,036 | | | | S/L HY | 7 | 123 |
| 103 | BRUSH NYLON 49" MED 40MIL/80 | 2/01/20 | | 3,724 | | | | S/L HY | 7 | 399 |
| 104 | BRUSH WIRE 49" .020GDW SMOOT | 4/01/20 | | 3,724 | | | | S/L HY | 7 | 355 |
| 105 | PREDATOR 8750 WATT GAS GENE | 7/01/20 | | 723 | | | | S/L HY | 7 | 43 |
| 106 | GREEN MACHINE CUSTOM WIRE B | 2/01/20 | | 6,106 | | | | S/L HY | 7 | 654 |
| 107 | STRAPACK RQ-8 SEMI-AUTO CAS | 5/01/20 | | 4,985 | | | | S/L HY | 7 | 415 |
| 108 | WARRIOR SAWMILL 23HP MOTOR | 9/01/20 | | 7,945 | | | | S/L HY | 7 | 378 |
| 109 | KILN DRYING STICKS | 6/01/20 | | 1,761 | | | | S/L HY | 7 | 126 |
| 110 | NORTHTECH UPCUT SAW | 5/01/20 | | 3,025 | | | | S/L HY | 7 | 216 |
| 111 | TRAILER DRYING KILN ENCLOSUR | 9/01/20 | | 2,882 | | | | S/L HY | 7 | 137 |
| 112 | ACER LAPTOP (SACCONE) | 1/01/20 | | 517 | | | | S/L HY | 3 | 172 |
| 113 | FIRE EXTINGISHER UPDATE | 10/01/20 | | 530 | | | | S/L HY | 3 | 44 |
| 114 | GRIZZLY G0504 DUAL CONV-EKCC | 10/20/15 | 3/02/20 | 4,000 | | | 4,000 | 200DB HY | 7 | 0 |
| | TOTAL MACHINERY AND EQUIPME | | | 412,395 | | 0 | 274,197 | | | 22,356 |
| | TOTAL DEPRECIATION | | | 547,548 | | 0 | 348,625 | | | 29,692 |
| | GRAND TOTAL AMORTIZATION | | | 1,336 | | 0 | 1,113 | | | 223 |
| | GRAND TOTAL DEPRECIATION | | | 547,548 | | 0 | 348,625 | | | 29,692 |
| | DEPRECIATION ASSETS SOLD | | | 28,172 | | 0 | 4,808 | | | 2,138 |
| | DEPR REMAINING ASSETS | | | 519,376 | | 0 | 343,817 | | | 27,554 |

## 2021

| | Type | 2021 Fixed Asset Purchases | Year Acquired | Month Acquired | Total Useful Life (Years) | Total Useful Life (Months) | Useful Life Lapsed (Months) | Useful Life Remaining (Months) | Method | Accum. Dep To Date | Monthly Depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 53' Dry Van for Kiln (V29) | Machinery & Equipment | 14,830.16 | 2021 | 2 | 7 | 84 | 7 | 77 | S/L | 1235.85 | 176.55 |
| Nyle Systems Kiln 1 - EKCC | Machinery & Equipment | 15,000.00 | 2021 | 2 | 7 | 84 | 8 | 76 | S/L | 1428.57 | 178.57 |
| Chinese Polypropylene Strapping Machines | Machinery & Equipment | 6,050.49 | 2021 | 2 | 7 | 84 | 7 | 77 | S/L | 504.21 | 72.03 |
| 240v-480v Transformer Batesville Cell (2) | Machinery & Equipment | 3,529.00 | 2021 | 3 | 7 | 84 | 6 | 78 | S/L | 252.07 | 42.01 |
| Nyle L200 Kiln Supplemental Heater | Machinery & Equipment | 1,879.38 | 2021 | 3 | 7 | 84 | 6 | 78 | S/L | 134.24 | 22.37 |
| Mereen Johnson 418 Gang Rip Saw | Machinery & Equipment | 8,760.00 | 2021 | 3 | 7 | 84 | 6 | 78 | S/L | 625.71 | 104.29 |
| Stick Grinder | Machinery & Equipment | 1,060.00 | 2021 | 3 | 7 | 84 | 6 | 78 | S/L | 75.71 | 12.62 |
| Uline Steel Dock Plate | Machinery & Equipment | 1,692.72 | 2021 | 4 | 7 | 84 | 5 | 79 | S/L | 104.31 | 20.15 |
| Grainger Production Floor Carts | Machinery & Equipment | 1,308.28 | 2021 | 4 | 7 | 84 | 4 | 80 | S/L | 62.30 | 15.57 |
| Briquet Airflow Dryer | Machinery & Equipment | 10,063.44 | 2021 | 2 | 7 | 84 | 7 | 77 | S/L | 838.62 | 119.80 |
| L&L 84" Radio Frequency Glue Press | Machinery & Equipment | 30,351.14 | 2021 | 2 | 7 | 84 | 7 | 77 | S/L | 2529.26 | 361.32 |
| Viking Defecting End-Matcher | Machinery & Equipment | 34,450.00 | 2021 | 3 | 7 | 84 | 7 | 77 | S/L | 2870.83 | 410.12 |
| Portable Office Trailer | Machinery & Equipment | 16,960.00 | 2021 | 5 | 7 | 84 | 5 | 79 | S/L | 1009.52 | 201.90 |
| Acer Laptop (Specialty Shop) | Office Equipment | 677.34 | 2021 | 3 | 3 | 36 | 6 | 30 | S/L | 112.89 | 18.82 |
| 53' Dry Van for Storage (V) | Machinery & Equipment | 2,000.00 | 2021 | 2 | 7 | 84 | 7 | 77 | S/L | 167.66 | 23.81 |
| 2019 Ford F450 Crew Cab XL 4x4 | Transportation Equipment | 46,773.99 | 2021 | 2 | 5 | 60 | 7 | 53 | S/L | $456.97 | 779.57 |
| | | 195,385.94 | | | | | | | | | 2,559.51 |

**Fill in this information to identify the case:**

Debtor name      **Old World Timber, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF KENTUCKY

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A <br> **Amount of claim** <br> Do not deduct the value of collateral. | Column B <br> **Value of collateral that supports this claim** |
|---|---|---|

| 2.1 | **Crown Equipment Corporation** <br> Creditor's Name | **Describe debtor's property that is subject to a lien** <br> **Equipment lease** | $0.00 | $0.00 |
|---|---|---|---|---|

**44 S. Washington Street
New Bremen, OH 45869**

Creditor's mailing address

**Describe the lien**
**UCC Financing Statement**

Is the creditor an insider or related party?

Creditor's email address, if known

☑ No
☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**
**10/2/2017**
**Last 4 digits of account number**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

| 2.2 | **Truist Bank, Inc.** <br> Creditor's Name | **Describe debtor's property that is subject to a lien** <br> **All inventory, equipment and accounts** | $174,103.25 | $0.00 |
|---|---|---|---|---|

**214 North Tryon Street
Charlotte, NC 28202**

Creditor's mailing address

**Describe the lien**
**UCC Financing Statement**

Is the creditor an insider or related party?

Creditor's email address, if known

☑ No
☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**
**8/2/2018**
**Last 4 digits of account number**

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

Debtor    **Old World Timber, LLC**                                    Case number (if known) _____
_____
Name

■ No
☐ Contingent
☐ Yes. Specify each creditor,          ☐ Unliquidated
including this creditor and its relative   ☐ Disputed
priority.

---

| 2.3 | **Truist Bank, Inc.** | | | $10,732.25 | $0.00 |

Creditor's Name

**Describe debtor's property that is subject to a lien**
**Goods, software and equipment financed by secured party - collectively "CEC Financed Goods"**

**214 North Tryon Street**
**Charlotte, NC 28202**

Creditor's mailing address

**Describe the lien**
**UCC Financing Statement**
**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No

**Date debt was incurred**
**11/14/2019**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**
☐ Contingent

■ No
☐ Unliquidated

☐ Yes. Specify each creditor, including this creditor and its relative priority.
☐ Disputed

---

| 2.4 | **U.S. Small Business Administration** | | | $499,900.00 | $0.00 |

Creditor's Name

**Describe debtor's property that is subject to a lien**
**All tangible and intangible personal property**

**2 International Plaza Suite 500**
**Nashville, TN 37217**

Creditor's mailing address

**Describe the lien**
**UCC Financing Statement**
**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No

**Date debt was incurred**
**5/29/2020**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**
☐ Contingent

■ No
☐ Unliquidated

☐ Yes. Specify each creditor, including this creditor and its relative priority.
☐ Disputed

---

| 2.5 | **WesBanco Bank, Inc.** | | | $28,063.03 | $0.00 |

Creditor's Name

**Describe debtor's property that is subject to a lien**
**Purchase Money Security Interest in equipment - 2016 Viking End Matcher & Defecting Down Cut Saw Model # EM355XL, Serial # 25988.00**

**400 E. Vine Street**
**Lexington, KY 40507**

Creditor's mailing address

**Describe the lien**
**UCC Financing Statement**

---

Official Form 206D       Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**       page 2 of 4

Debtor **Old World Timber, LLC**                                    Case number (if known) _____
_____
Name

|  |  |
|---|---|
| _____ | **Is the creditor an insider or related party?** |
| Creditor's email address, if known | ■ No |
|  | ☐ Yes |
| **Date debt was incurred** | **Is anyone else liable on this claim?** |
| **2/25/2021** | ■ No |
| **Last 4 digits of account number** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
|---|---|
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
|  | ☐ Unliquidated |
|  | ☐ Disputed |

---

| 2.6 | **WesBanco Bank, Inc.** | Describe debtor's property that is subject to a lien | $40,174.64 | $0.00 |
|---|---|---|---|---|
|  | Creditor's Name | **2019 Ford F450** |  |  |

| **400 E. Vine Street** |  |
|---|---|
| **Lexington, KY 40507** |  |
| Creditor's mailing address | **Describe the lien** |
|  | **vehicle** |
|  | **Is the creditor an insider or related party?** |
|  | ■ No |
|  | ☐ Yes |
| Creditor's email address, if known | **Is anyone else liable on this claim?** |
|  | ■ No |
| **Date debt was incurred** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** |  |

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
|---|---|
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
|  | ☐ Unliquidated |
|  | ☐ Disputed |

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $752,973.17 |
|---|---|---|

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **CT Lien Solutions**<br>**P.O. Box 29071**<br>**Glendale, CA 91209-9071** | Line __2.1__ |  |
| **Mike Brodarick**<br>**Lloyd & McDaniel**<br>**700 N. Hurstbourne Pkwy**<br>**Louisville, KY 40222** | Line __2.2__ |  |
| **Mike Brodarick**<br>**Lloyd & McDaniel**<br>**700 N. Hurstbourne Pkwy**<br>**Louisville, KY 40222** | Line __2.3__ |  |

Debtor     **Old World Timber, LLC**                                     Case number (*if known*)
_____
                 Name

**The Huntington National Bank**
**PO Box 77077**                                                 Line   **2.3**
**Minneapolis, MN 55480-7777**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name __**Old World Timber, LLC**__

United States Bankruptcy Court for the: __EASTERN DISTRICT OF KENTUCKY__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address<br>**3M Company**<br>**3M Center**<br>**2501 Hudson Road**<br>**Saint Paul, MN 55144**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **Unknown** |
| **3.2** | Nonpriority creditor's name and mailing address<br>**Advance Lexington**<br>**PO Box 1050**<br>**Lexington, KY**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __temporary staff__<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$5,144.38** |
| **3.3** | Nonpriority creditor's name and mailing address<br>**AmeriGas Propane, L.P.**<br>**PO Box 371473**<br>**Pittsburgh, PA**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number __0755__ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __utilities__<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$1,474.20** |
| **3.4** | Nonpriority creditor's name and mailing address<br>**Anthem Blue Cross Blue Shield**<br>**PO Box 4445**<br>**Atlanta, GA**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number __M001__ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __insurance__<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$1,891.72** |

| Debtor | **Old World Timber, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $122.21 |
|---|---|---|---|

**Averitt Express**
**PO Box 102197**
**Atlanta, GA**

Date(s) debt was incurred _
Last 4 digits of account number  8995

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  freight

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $34.20 |
|---|---|---|---|

**B & B Saw and Tool**
**115 Front Street**
**Mt. Orab, OH**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  vendor

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $302.00 |
|---|---|---|---|

**Baptist Health Medical Group**
**PO Box 734839**
**Chicago, IL 60673**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $6,242.22 |
|---|---|---|---|

**BB&T**
**BB&T Item Processing Center**
**PO Box 580050**
**Charlotte, NC**

Date(s) debt was incurred _
Last 4 digits of account number  3700

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $5,449.80 |
|---|---|---|---|

**BPM Lumber, LLC**
**1256 Manchester Street**
**Lexington, KY 40504**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Supplier

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $373.97 |
|---|---|---|---|

**Byline Finance Group**
**2801 Lakeside Drive**
**212**
**Deerfield, IL 60015**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Equipment lease

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,237.79 |
|---|---|---|---|

**Central Kentucky Hauling**
**604 Bizzell Dr**
**Ste 250**
**Lexington, KY**

Date(s) debt was incurred _
Last 4 digits of account number  7890

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  waste disposal

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Old World Timber, LLC** | Case number (if known) | |
|--------|---------------------------|------------------------|---|
| | Name | | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,486.00 |
|------|--------------------------------------------------|-------------------------------------------------------------------|-----------|

**ClearPath Mutual Insurance Co.**
P.O. Box 32160
Louisville, KY

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **insurance**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $144.41 |
|------|--------------------------------------------------|-------------------------------------------------------------------|---------|

**Columbia Gas of Kentucky**
PO BOX 4660
Carol Stream, IL

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $681.80 |
|------|--------------------------------------------------|-------------------------------------------------------------------|---------|

**Crown Credit**
PO Box 640352
Cincinnati, OH 45264-0352

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Equipment lease**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,500.00 |
|------|--------------------------------------------------|-------------------------------------------------------------------|-----------|

**Danny Landers**
120 Frank Stanton Rd
Limestone, TN

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **supplier**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,988.00 |
|------|--------------------------------------------------|-------------------------------------------------------------------|-----------|

**Emo Trans Inc**
377 Oak St Ste 202
Garden City, NY

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **freight**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $855.91 |
|------|--------------------------------------------------|-------------------------------------------------------------------|---------|

**Estes Express Lines**
PO Box 105160
Atlanta, GA

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **freight**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $776,980.03 |
|------|--------------------------------------------------|-------------------------------------------------------------------|-------------|

**FoShan BoRen Trading Co. Ltd.**
No. 88, Tianhe District
Guangzhou, Guangdong, China

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Alleged counterfeit N95 mask inventory**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Old World Timber, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,500.00** |
|---|---|---|---|

**Haynes Properties**
Alvin Haynes
1229 Versailles Rd
Lexington, KY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,520.00** |
|---|---|---|---|

**Jeff Foster Trucking, Inc.**
PO Box 367
Superior, WI 54880

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __freight__

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,603.75** |
|---|---|---|---|

**Journey Pallets, LLC**
103 Steelman Ave
Highland Heights, KY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __pallets__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,475.00** |
|---|---|---|---|

**Kartash Inc.**
77 Sands Street
Brooklyn, NY 11201

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$237.62** |
|---|---|---|---|

**KU**
PO Box 25212
Lehigh Valley, PA 18002

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __utilities__

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$46,115.00** |
|---|---|---|---|

**Lakeside Woodworks (ky)**
214 Lakeside Drive
Georgetown, KY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Supplier__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,000.00** |
|---|---|---|---|

**Longship**
PO Box 2220
Lexington, KY 40588

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Old World Timber, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $79.83 |
|---|---|---|---|

**Michael Weinig, Inc**
**124 Crosslake Park Drive**
**P.O. Box 3158**
**Mooresville, NC**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $53.01 |
|---|---|---|---|

**MyCarrier, LLC**
**15950 N 76th Street**
**Suite 200**
**Scottdale, AZ**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **freight**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $218,974.79 |
|---|---|---|---|

**Nathan Brown**
**368 Merino Street**
**Lexington, KY 40508**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Shareholder loan balance and accrued interest payments on same**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,000.00 |
|---|---|---|---|

**Olde Globe Wood Company LLC**
**261 School Ave**
**Suite 240**
**Excelsior, MN**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **supplier**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $57.23 |
|---|---|---|---|

**Pelycon Technologies**
**162 Old Todds Rd**
**Suite 220**
**Lexington, KY 40509**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $457.79 |
|---|---|---|---|

**SAIA Motor Freight Line, LLC**
**P.O. BOX 730532**
**Dallas, TX**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **freight**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,580.00 |
|---|---|---|---|

**SM Storage, LLC**
**Alvin Haynes**
**1229 Versailles Rd**
**Lexington, KY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **rent for storage space**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | Old World Timber, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,066.57 |
|---|---|---|---|

**South Central Bank**
**2000 Warrington Way**
**#200**
**Louisville, KY 40222**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __PPP loan__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,972.50 |
|---|---|---|---|

**Triple B Enterprises**
**6206 Ganges Five Points Rd**
**Shiloh, OH**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __supplier__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $848.28 |
|---|---|---|---|

**Uline**
**Uline Accounts Receivable**
**P.O. Box 88741**
**Chicago, IL**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __vendor__

Last 4 digits of account number __8475__

Is the claim subject to offset? ☒ No ☐ Yes

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $978.36 |
|---|---|---|---|

**Verizon Wireless**
**PO Box 16810**
**Newark, NJ**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number __0001__

Is the claim subject to offset? ☒ No ☐ Yes

---

**Part 3:**     List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1   **Gordon Rees Scully Mansukhani LLP** <br> **Attn: R. Scott Norman** <br> **325 W. Main Street** <br> **Waterfront Plaza -- West Tower Ste 2300** <br> **Louisville, KY 40202** | Line __3.1__ <br><br> ☐ Not listed. Explain _____ | _ |
| 4.2   **Greene Espel PLLP** <br> **Attn: Sybil L. Dunlop** <br> **222 South 9th Street, Suite 2200** <br> **Minneapolis, MN 55402** | Line __3.1__ <br><br> ☐ Not listed. Explain _____ | _ |

---

**Part 4:**     Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 1,148,428.37 |
| 5c. Total of Parts 1 and 2 <br> Lines 5a + 5b = 5c. | 5c. | $ | 1,148,428.37 |

---

Debtor   **Old World Timber, LLC**                                    Case number (*if known*) _____
         <small>Name</small>

**Fill in this information to identify the case:**

Debtor name    **Old World Timber, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF KENTUCKY

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property*
    (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment lease for 2015 Crown forklift** | |
| | State the term remaining | **7/31/2027** | **Byline Finance Group 2801 Lakeside Drive 212 Deerfield, IL 60015** |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment lease for lift truck** | |
| | State the term remaining | **2/15/2025** | **Crown Credit PO Box 640352 Cincinnati, OH 45264-0352** |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Warehouses for Mill work located at 1195 Versailles Road, Lexington KY.** | |
| | State the term remaining | **12/31/2023** | **Haynes Properties 1229 Versailles Road Lexington, KY 40508** |
| | List the contract number of any government contract | | |

Official Form 206G                    **Schedule G: Executory Contracts and Unexpired Leases**                    Page 1 of 1

**Fill in this information to identify the case:**

Debtor name      **Old World Timber, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF KENTUCKY

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Nathan Brown** | | **Truist Bank, Inc.** | ☑ D ___2.2___<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Nathan Brown** | | **Truist Bank, Inc.** | ☑ D ___2.3___<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **Nathan Brown** | | **Haynes Properties** | ☐ D _____<br>☐ E/F _____<br>☑ G ___2.3___ |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

---

**Fill in this information to identify the case:**

Debtor name   **Old World Timber, LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF KENTUCKY

Case number (if known)   _____

☐ Check if this is an
   amended filing

---

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy       04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1.   **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2021** to **Filing Date** | ■ Operating a business<br>☐ Other  _____ | **$4,446,980.00** |
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2021** to **Filing Date** | ☐ Operating a business<br>■ Other  **Barn roof tin recycling** | **$4,187.48** |
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2021** to **Filing Date** | ☐ Operating a business<br>■ Other  **Storage fees** | **$2,250.00** |
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2021** to **Filing Date** | ☐ Operating a business<br>■ Other  **Adjusted cash balances per CPA** | **$6,632.14** |
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2021** to **Filing Date** | ☐ Operating a business<br>■ Other  **Sale of GMC Safari F350** | **$2,850.00** |
| **For prior year:**<br>From  **1/01/2020** to **12/31/2020** | ■ Operating a business<br>☐ Other  _____ | **$2,989,602.00** |
| **For prior year:**<br>From  **1/01/2020** to **12/31/2020** | ☐ Operating a business<br>■ Other  **N95 Mask Sales** | **$584,980.60** |

---

| Debtor | **Old World Timber, LLC** | Case number *(if known)* | |
|---|---|---|---|

| **Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year** | **Sources of revenue** Check all that apply | **Gross revenue** (before deductions and exclusions) |
|---|---|---|
| **For prior year:** From **1/01/2020** to **12/31/2020** | ☐ Operating a business<br>■ Other    **PPP Forgiveness** | **$169,455.00** |
| **For prior year:** From **1/01/2020** to **12/31/2020** | ☐ Operating a business<br>■ Other    **EIDL Loan** | **$10,000.00** |
| **For prior year:** From **1/01/2020** to **12/31/2020** | ☐ Operating a business<br>■ Other    **Chase credit card cash back** | **$3,033.11** |
| **For prior year:** From **1/01/2020** to **12/31/2020** | ☐ Operating a business<br>■ Other    **Gain/Loss on Disposal of Asset** | **$38,178.00** |
| **For prior year:** From **1/01/2020** to **12/31/2020** | ☐ Operating a business<br>■ Other    **Sale of forklift** | **$11,721.62** |
| **For year before that:** From **1/01/2019** to **12/31/2019** | ■ Operating a business<br>☐ Other | **$2,782,324.00** |
| **For year before that:** From **1/01/2019** to **12/31/2019** | ☐ Operating a business<br>■ Other    **Gain/Loss on Disposal of Asset** | **$49,189.60** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | **Description of sources of revenue** | **Gross revenue from each source** (before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| | **Creditor's Name and Address** | **Dates** | **Total amount of value** | **Reasons for payment or transfer** *Check all that apply* |
|---|---|---|---|---|
| 3.1. | **A&M Flooring Co. Ltd** | **8/26/21** | **$52,943.43** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor    **Old World Timber, LLC**                                        Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.2.  **American Express** | 8/5/21 -<br>10/5/21 | $25,719.67 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Credit card payments** |
| 3.3.  **Truist Bank** | 7/22/21 -<br>10-/1/21 | $29,211.48 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.4.  **Bethel Barnwood** | 9/20/21 -<br>9/23/21 | $30,618.25 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.5.  **Billy Wigglesworth** | 7/22/21 -<br>8/16/21 | $9,150.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.6.  **BPM Lumber, LLC** | 8/4/21 -<br>8/24/21 | $44,347.50 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.7.  **C.H. Robinson International, Inc.** | 7/22/21 -<br>9/16/21 | $18,907.21 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.8.  **Central Kentucky Hauling** | 8/13/21 -<br>9/23/21 | $22,704.62 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.9.  **Clear Path Mutual Insurance Co.** | 7/23/21 -<br>9/24/21 | $9,846.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |

| Debtor | Old World Timber, LLC | | Case number *(if known)* | |
|---|---|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.10. **Comeback Consulting, LLC** | 8/11/21 - 9/16/21 | $19,686.28 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.11. **Commonwealth of Kentucky** | 8/16/21 | $16,679.90 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Bill payment** |
| 3.12. **Dallas Hacker** | 8/11/21 - 9/23/21 | $76,579.20 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.13. **Danny Landers** | 7/23/21 - 9/30/21 | $46,711.90 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.14. **EMO Trans Inc** | 8/4/21 - 9/7/21 | $19,951.64 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.15. **Estes Express Lines** | 8/4/21 - 9/23/21 | $10,608.60 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.16. **Hot Shot Gooseneck, LLC** | 7/21/21 - 9/28/21 | $9,740.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.17. **Ilya Prediye** | 9/8/21 - 9/16/21 | $21,599.25 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **Old World Timber, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.18. **Internal Revenue Service** | **7/14/21 - 9/22/21** | **$66,637.82** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Tax payments** |
| 3.19. **Intuit** | **7/21/21 - 8/17/21** | **$194,889.01** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Payroll services** |
| 3.20. **Jason Reich** | **7/30/21 - 8/25/21** | **$139,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.21. **KU** | **8/5/21 - 9/28/21** | **$26,472.04** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.22. **Lakeside Woodworks** | **8/4/21 - 9/14/21** | **$23,220.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.23. **Longship** | **9/7/21 - 9/23/21** | **$14,600.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.24. **Nathan Brown** | **8/26/21 - 9/21/21** | **$6,869.00** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.25. **Nature's Choice** | **8/12/21** | **$7,154.91** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor   **Old World Timber, LLC**                                    Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.26. **Olde Globe Wood Company LLC** | 9/14/21 | $18,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.27. **Oyler Law PLLC** | 7/27/21 - 9/15/21 | $8,070.80 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.28. **Raven Reclaimed, LLC** | 8/16/21 - 8/19/21 | $47,063.25 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.29. **Real Wood Floors, LLC** | 8/31/21 - 9/23/21 | $9,013.43 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.30. **Ron Dennis Fencing Inc** | 8/5/21 - 9/22/21 | $20,800.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.31. **Rusexporta, LLC** | 7/23/21 - 7/27/21 | $22,956.16 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.32. **SAIA Motor Freight Line, LLC** | 8/4/21 - 9/23/21 | $12,570.01 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.33. **Scott P. Zoppoth, PLLC** | 8/10/21 | $8,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

| Debtor | **Old World Timber, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.34 **SM Storage, LLC** | 8/4/21 - 9/7/21 | $15,160.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.35 **Total Quality Logistics** | 7/9/21 - 9/16/21 | $15,100.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.36 **Transact Capital** | 7/30/21 - 9/7/21 | $14,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.37 **Triple B Enterprises** | 8/27/21 | $38,336.25 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.38 **Turners Machine Shop** | 8/23/21 | $13,264.49 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.39 **Uline** | 8/4/21 - 9/23/21 | $8,798.43 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.40 **Wesbanco** | 7/25/21 - 10/4/21 | $56,612.97 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.41 **Advance Lexington** | 7/27/21 - 9/21/21 | $20,804.76 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

Debtor    **Old World Timber, LLC**                                          Case number *(if known)*

---

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed
    or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount
    may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments
    listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership
    debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

    ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.  **Nathan Brown**<br><br>**CEO** | **11/1/20 -<br>10/5/21** | **$16,500.00** | **Guaranteed lease payments to<br>Haynes Properties** |
| 4.2.  **Nathan Brown**<br><br>**CEO** | **11/6/20 -<br>7/8/21** | **$285,255.40** | **American Express credit card<br>payments on behalf of Nathan<br>Brown** |
| 4.3.  **Nathan Brown**<br><br>**CEO** | **10/19/20 -<br>7/13/21** | **$63,370.15** | **Guaranteed debt payments to<br>Truist Bank** |

5.  **Repossessions, foreclosures, and returns**
    List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at
    a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

    ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6.  **Setoffs**
    List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account
    of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a
    debt.

    ■ None

| Creditor's name and address | Description of the action creditor took | Date action was<br>taken | Amount |
|---|---|---|---|

| Part 3: | Legal Actions or Assignments |
|---|---|

7.  **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
    List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved
    in any capacity—within 1 year before filing this case**.**

    ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and<br>address | Status of case |
|---|---|---|---|
| 7.1.  **3M Company v. Old World<br>Timber, LLC<br>5:21-cv=00140-REW-HAI** | **Lanham Act<br>violations** | **U.S. Eastern District of<br>Kentucky<br>101 Barr Street<br>Lexington, KY 40507** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8.  **Assignments and receivership**
    List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a
    receiver, custodian, or other court-appointed officer within 1 year before filing this case.

    ■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                              Best Case Bankruptcy

| Debtor | **Old World Timber, LLC** | Case number *(if known)* | |

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

  ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:**  Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

  ☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |
| **Alleged counterfeit N95 mask inventory seized by US Marshals Service pursuant to Ex Parte Seizure and Temporary Retraining Order** | **None** | **June 30, 2021** | **$776,980.03** |

---

**Part 6:**  Certain Payments or Transfers

11. **Payments related to bankruptcy**
   List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

  ☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Kaplan Johnson Abate & Bird LLP**<br>**710 West Main Street**<br>**4th Floor**<br>**Louisville, KY 40202** | | **6/29/21 - 9/23/21** | **$4,658.50** |
| | Email or website address<br>**cbird@kaplanjohnsonlaw.com** | | | |
| | Who made the payment, if not debtor? | | | |
| 11.2. | **Kaplan Johnson Abate & Bird LLP**<br>**710 West Main Street**<br>**4th Floor**<br>**Louisville, KY 40202** | **Retainer fee** | **10/18/2021** | **$20,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

Debtor    **Old World Timber, LLC**                                    Case number *(if known)*

---

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

---

**Part 7:**    **Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

---

**Part 8:**    **Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

---

**Part 9:**    **Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

---

**Part 10:**    **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **Old World Timber, LLC** | Case number *(if known)* |
|---|---|---|

18. **Closed financial accounts**
   Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
   Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

   ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
   List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

   ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
   List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

   ■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
   List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

   ■ None

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
   *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

   *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

   *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

   ■ No.
   ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

| Debtor | **Old World Timber, LLC** | Case number *(if known)* | |
|---|---|---|---|

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

---

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.  **Zachary Lakes**<br>**102 Rebecca Drive**<br>**Richmond, KY 40475** | **11/17/2016 -**<br>**5/10/2021** |
| 26a.2.  **Denise Gilliland**<br>**308 Mary Lane**<br>**Carlisle, KY 40311** | **5/10/2021 - current** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.  **BB&T / Truist**<br>**200 West Vine Street**<br>**Lexington, KY 40507** |

---

| Debtor | **Old World Timber, LLC** | Case number *(if known)* | |
|---|---|---|---|

| Name and address | |
|---|---|
| 26d.2. | **WesBanco Bank, Inc.**<br>**400 E. Vine Street**<br>**Lexington, KY 40507** |

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

☑ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | **Zachary Lakes** | | **Raw materials $344,546**<br>**Work in progress $72,589**<br>**Finished goods $162,464** |
| | | **7/2/21** | **TOTAL $579,599** |

| Name and address of the person who has possession of inventory records |
|---|
| **Old World Timber**<br>**1195 Versailles Road**<br>**Lexington, KY 40508** |

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Nathan S. Brown | **368 Merino Street**<br>**Lexington, KY 40508** | **Member and CEO** | **95** |
| Fred Doster | **4025 Palmetto Springs Way**<br>**Lexington, KY 40513** | **Member and Interim CFO** | **5** |
| Denise Gilliland | **308 Mary Lane**<br>**Carlisle, KY 40311** | **Controller** | |
| Adam Sloan | **81 Lantern Way**<br>**Nicholasville, KY 40356** | **Officer** | |
| Andrew Willis | **317 Gleneagles Way**<br>**Nicholasville, KY 40356** | **Officer** | |
| Zachary Lakes | **102 Rebecca Drive**<br>**Richmond, KY 40475** | **Director of Operations** | |

## 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

Debtor    **Old World Timber, LLC**

Case number *(if known)*

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Rocke Saccone | 104 Vale Lane Georgetown, KY 40324 | Director of Operations | 7/8/19 - 3/31/21 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Zachary Lakes | 102 Rebecca Drive Richmond, KY 40475 | Moved from Controller to Director of Operations | 11/17/16 - 5/10/21 |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Nathan Brown | $5,094 | 8/26/21, 9/7/21 | Reimbursement of health insurance |
| | Relationship to debtor Founder/CEO | | | |
| 30.2. | Nathan Brown | $850 | 9/21/21 | Shareholder loan payments |
| | Relationship to debtor Founder/ CEO | | | |
| 30.3. | Nathan Brown | $925 | 9/21/21 | Accrued interest payments |
| | Relationship to debtor Founder/ CEO | | | |
| 30.4. | Fred Doster | $42,000 | monthly | Monthly consulting services |
| | Relationship to debtor Interim CFO | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

| Debtor | **Old World Timber, LLC** | Case number *(if known)* | |
|---|---|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

---

**Part 14:** Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **October 19, 2021**

**/s/ Nathan S. Brown**                                    **Nathan S. Brown**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor     **CEO**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Eastern District of Kentucky

In re **Old World Timber, LLC** _____    Case No. _____

Debtor(s)    Chapter    **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 385.00/ hour |
| Prior to the filing of this statement I have received | $ | 20,000.00 |
| Balance Due | $ | 385.00/ hour |

2. The source of the compensation paid to me was:

   ■ Debtor    ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor    ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Negotiations with creditors; preparation and filing of motions and applications as needed.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
      **Representation of the debtor in any associated cases or proceedings pending or initiated before state courts other than for purposes of monitoring and enforcing automatic stay, federal courts not related to the bankruptcy case, or administrative tribunals.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**October 18, 2021** _____    /s/ Charity S. Bird _____
*Date*

**Charity S. Bird**
*Signature of Attorney*
**Kaplan Johnson Abate & Bird LLP**
**710 West Main Street**
**Fourth Floor**
**Louisville, KY 40202**
**(502) 540-8285   Fax: (502) 540-8282**
**cbird@kaplanjohnsonlaw.com**
*Name of law firm*

---

# United States Bankruptcy Court
## Eastern District of Kentucky

In re  **Old World Timber, LLC**                                     Case No.

Debtor(s)                          Chapter     **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Fred Doster** | | **5%** | **Member** |
| **Nathan S. Brown** | | **95%** | **Member** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **CEO** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **October 19, 2021**                          Signature  **/s/ Nathan S. Brown**

**Nathan S. Brown**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Eastern District of Kentucky

In re   **Old World Timber, LLC**

Case No.

Debtor(s)

Chapter   **11**

# VERIFICATION OF MAILING LIST MATRIX

I, the CEO of the corporation named as the petitioner(s) in the above-styled bankruptcy action, declare under penalty of perjury that the attached mailing list matrix of creditors and other parties in interest consisting of __5__ page(s) is true and correct and complete, to the best of my (our) knowledge.

Date:   **October 19, 2021**

**/s/ Nathan S. Brown**
**Nathan S. Brown**/**CEO**
Signer/Title

I, _____ **Charity S. Bird** _____, counsel for the petitioner(s) in the above-styled bankruptcy action, declare that the attached Master Address List consisting of __5__ page(s) has been verified by comparison to Schedules D through H to be complete, to the best of my knowledge. I further declare that the attached Master Address List can be relied upon by the Clerk of Court to provide notice to all creditors and parties in interest as related to me by the debtor(s) in the above-styled bankruptcy action until such time as any amendments may be made.

Date:   **October 19, 2021**

**/s/ Charity S. Bird**
Signature of Attorney
**Charity S. Bird**
**Kaplan Johnson Abate & Bird LLP**
**710 West Main Street**
**Fourth Floor**
**Louisville, KY 40202**
**(502) 540-8285   Fax: (502) 540-8282**

3M Company
3M Center
2501 Hudson Road
Saint Paul MN 55144


Advance Lexington
PO Box 1050
Lexington KY


AmeriGas Propane, L.P.
PO Box 371473
Pittsburgh PA


Anthem Blue Cross Blue Shield
PO Box 4445
Atlanta GA


Averitt Express
PO Box 102197
Atlanta GA


B & B Saw and Tool
115 Front Street
Mt. Orab OH


Baptist Health Medical Group
PO Box 734839
Chicago IL 60673


BB&T
BB&T Item Processing Center
PO Box 580050
Charlotte NC


BPM Lumber, LLC
1256 Manchester Street
Lexington KY 40504


Byline Finance Group
2801 Lakeside Drive
212
Deerfield IL 60015

Central Kentucky Hauling
604 Bizzell Dr
Ste 250
Lexington KY


ClearPath Mutual Insurance Co.
P.O. Box 32160
Louisville KY


Columbia Gas of Kentucky
PO BOX 4660
Carol Stream IL


Crown Credit
PO Box 640352
Cincinnati OH 45264-0352


Crown Equipment Corporation
44 S. Washington Street
New Bremen OH 45869


CT Lien Solutions
P.O. Box 29071
Glendale CA 91209-9071


Danny Landers
120 Frank Stanton Rd
Limestone TN


Emo Trans Inc
377 Oak St Ste 202
Garden City NY


Estes Express Lines
PO Box 105160
Atlanta GA


FoShan BoRen Trading Co. Ltd.
No. 88, Tianhe District
Guangzhou, Guangdong, China

Gordon Rees Scully Mansukhani LLP
Attn: R. Scott Norman
325 W. Main Street
Waterfront Plaza -- West Tower Ste 2300
Louisville KY 40202


Greene Espel PLLP
Attn: Sybil L. Dunlop
222 South 9th Street, Suite 2200
Minneapolis MN 55402


Haynes Properties
Alvin Haynes
1229 Versailles Rd
Lexington KY


Haynes Properties
1229 Versailles Road
Lexington KY 40508


Jeff Foster Trucking, Inc.
PO Box 367
Superior WI 54880


Journey Pallets, LLC
103 Steelman Ave
Highland Heights KY


Kartash Inc.
77 Sands Street
Brooklyn NY 11201


KU
PO Box 25212
Lehigh Valley PA 18002


Lakeside Woodworks (ky)
214 Lakeside Drive
Georgetown KY


Longship
PO Box 2220
Lexington KY 40588

Michael Weinig, Inc
124 Crosslake Park Drive
P.O. Box 3158
Mooresville NC


Mike Brodarick
Lloyd & McDaniel
700 N. Hurstbourne Pkwy
Louisville KY 40222


MyCarrier, LLC
15950 N 76th Street
Suite 200
Scottdale AZ


Nathan Brown
368 Merino Street
Lexington KY 40508


Nathan Brown


Olde Globe Wood Company LLC
261 School Ave
Suite 240
Excelsior MN


Pelycon Technologies
162 Old Todds Rd
Suite 220
Lexington KY 40509


SAIA Motor Freight Line, LLC
P.O. BOX 730532
Dallas TX


SM Storage, LLC
Alvin Haynes
1229 Versailles Rd
Lexington KY


South Central Bank
2000 Warrington Way
#200
Louisville KY 40222

The Huntington National Bank
PO Box 77077
Minneapolis MN 55480-7777


Triple B Enterprises
6206 Ganges Five Points Rd
Shiloh OH


Truist Bank, Inc.
214 North Tryon Street
Charlotte NC 28202


U.S. Small Business Administration
2 International Plaza
Suite 500
Nashville TN 37217


Uline
Uline Accounts Receivable
P.O. Box 88741
Chicago IL


Verizon Wireless
PO Box 16810
Newark NJ


WesBanco Bank, Inc.
400 E. Vine Street
Lexington KY 40507

# United States Bankruptcy Court
### Eastern District of Kentucky

In re __Old World Timber, LLC__

_____
Debtor(s)

Case No. _____

Chapter __11__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Old World Timber, LLC__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__October 19, 2021__
Date

/s/ Charity S. Bird
**Charity S. Bird**
Signature of Attorney or Litigant
Counsel for   **Old World Timber, LLC**
**Kaplan Johnson Abate & Bird LLP**
**710 West Main Street**
**Fourth Floor**
**Louisville, KY 40202**
**(502) 540-8285 Fax:(502) 540-8282**
**cbird@kaplanjohnsonlaw.com**